FILED
CLERK, U.S. DISTRICT COURT

FEB 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WILLIAM BILLIEU, ) | NO. ED CV 07-701-DDP(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| BEN CURRY, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Petitioner's requests for an evidentiary hearing and the appointment of counsel are denied; and (2) the Petition is denied and dismissed with prejudice.

DATED: FEB 1 2 2009 , 2008.

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE